Vaughn A. Crawford (#006324)
Sara M. Athen (#022743)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
vcrawford@swlaw.com
sathen@swlaw.com

*Attorneys for Defendant DePuy Orthopaedics, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Penny Wagner,<br><br>                 Plaintiff,<br><br>v.<br><br>DePuy Orthopaedics, Inc.; John Does I-X; Jane Does I-X; ABC Corporations I-X; and XYZ Partnerships I-X,<br><br>                 Defendants | No. 2:09-cv-02069-GMS<br><br>**NOTICE OF SERVICE OF DISCLOSURE**<br><br>(The Honorable G. Murray Snow) |

Defendant DePuy Orthopaedics, Inc., by and through counsel undersigned, hereby gives notice that on December 18, 2009 it served on counsel for Plaintiff, via U.S. Mail, Defendant's Initial Disclosure Statement.

DATED this 18th day of December, 2009.

SNELL & WILMER L.L.P.


By  s/Sara M. Athen
    Vaughn A. Crawford
    Sara M. Athen
    One Arizona Center
    400 E. Van Buren
    Phoenix, AZ 85004-2202
    *Attorneys for Defendant DePuy Orthopaedics, Inc.*

10933215.2

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a notice of Electronic Filing to the following registrants in the above matter:

>Joseph W. Charles
>John W. Orile
>JOSEPH W. CHARLES, P.C.
>5704 West Palmaire Avenue
>P.O. Box 1737
>Glendale, AZ  85311
>*Attorneys for Plaintiff*

>s/Sara M. Athen

10933215.2